

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

HERBERT E. ROBERTSON
    Plaintiff
    vs.
NANCY MARTHAKIS, ET., ALL.

CASE NO - 3:22-CV-00887-DRL-MGG
Honorable Judge DAMON R. LEICHTY

### MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

Plaintiff, Herbert E. Robertson, Pro Se, Pursuant to Rule 15(d), Fed. R. Civ. P., Requests Leave to File a Supplemental Complaint Adding four (4) parties.

1) The Plaintiff in his original Complaint named Dr. Nancy Marthakis.

2) This Honorable Court on December 22, 2022 named Warren Ron Neal as a Defendant for injunctive relief.

3) Since the filing of the Complaint, the Plaintiff was denied Emergency Care for Medical Issues/Surgical Procedure Directly relating back to the original Complaint.

4) The Events that occurred with the four (4) named added parties have a Direct Relationship to the claims in the original Complaint.

5) This Court Granted Plaintiff Permission to Proceed on four (4) claims against Defendant Nancy Marothakis on December 22, 2022.

6) Plaintiff now Requests Leave to Supplement, to Add Defendants- Registered Nurse Jen Burroughs, Registered Nurse Tiffany Turner, Registered Nurse Teagan Nelson, And Custody Supervisor SGT. Robinson to the Complaint this Court Screened on December 22, 2022.

7) Plaintiff has Exhausted his Grievance Remedies as Required by the PLRA on February 11, 2023 for the Issues Related to the Above Defendants.

8) Plaintiff Requests this Honorable Court Grant this Motion For Leave to Supplement his original Claim By adding the Above four (4) Defendants. Plaintiff Requests this Court instruct Plaintiff whether the attached Supplemental Claim / Complaint is Acceptable to the Court. Plaintiff has no access to the Law Library, No access to Any Legal material as he has been housed since December 4, 2022 in the Prison Infirmary. Plaintiff is Doing the Best that he can to meet the Courts Requirements.

9) Plaintiff Requests the Court instruct Plaintiff on how to add the Above Named four (4) Defendants, Plaintiff has No Legal training or Knowledge.

Dated: February 13, 2023
Herbert E. Robertson
Indiana State Prison

Page 2 of 2